UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIAN ZHANG, et al.,

    Plaintiffs,

-against-

OSAKA STEAKHOUSE & SUSHI, INC., et al.,

    Defendants.

18-cv-8659 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' joint letter dated November 15, 2019 (Dkt. No. 53), seeking approval of their proposed Settlement Agreement and Release (Agreement) (Dkt. No. 53-1) pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The parties reached an agreement on the material terms of the Agreement following a settlement conference supervised by the undersigned Magistrate Judge on September 24, 2019. (*See* Dkt. No. 48.)

After careful review, the Court finds that the Agreement is fair and reasonable, as required by *Cheeks*, 796 F.3d 199. It is hereby **ORDERED** that this action is **DISMISSED** with prejudice and without costs.

The Clerk of the Court is directed to close the case.

Dated:  New York, New York
        December 2, 2019

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**